In the

# United States Court of Appeals
## for the Fifth Circuit

———————

m 02-50887
Summary Calendar

———————

ARLENE P. MATA,

Plaintiff-Appellant,

VERSUS

SAN ANTONIO HOUSING AUTHORITY,

Defendant-Appellee.

———————

Appeal from the United States District Court
for the Western District of Texas
m SA-01-CV-741

———————

December 20, 2002

Before HIGGINBOTHAM, SMITH, and
CLEMENT, Circuit Judges.

PER CURIAM:[*]

———————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circum-
(continued...)

Arlene Mata sued her employer, the San Antonio Housing Authority, for racial discrimination, alleging that it fired her because she is Hispanic. The magistrate judge, acting as the district court by consent, found no issues of

———————

(...continued)
stances set forth in 5TH CIR. R. 47.5.4.

material fact and granted summary judgment to the Authority. Appearing *pro se*, Mata appeals.

We have read the briefs and have consulted pertinent portions of the record. On the basis of applicable caselaw and the summary judgment record, we affirm, essentially for the reasons given by the magistrate judge in her comprehensive Memorandum of Decision and Order dated and filed August 6, 2002, and entered on August 7, 2002.

AFFIRMED.